Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**15 CV 6334** CJS

FORM TO BE USED IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro** Se Privacy Notice for further information.

## 1. CAPTION OF ACTION

A.    Full Name And Prisoner Number of Plaintiff: NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the additional plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. Alfonzo D Harris    2014-0000 1851    (May 28th seated)

2. Started May 3rd 2012 till now continuence

-VS-

B.    Full Name(s) of Defendant(s) NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. William grady       4. Joan Beach, officer rawler

2. Lee White           5. Judge greller

3. CMC - Dutchess County Jail    6.

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

Doc# 12-60969 / SCIN0.160/2012

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: Alfonzo D Harris

Present Place of Confinement & Address: Dutchess County Jail - 150 North Hamilton Poughkeepsie NY 12601

Name and Prisoner Number of Plaintiff:

Present Place of Confinement & Address:

**DEFENDANT'S INFORMATION** NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: William grady, Lea white, Joan Beach, Judge grener, C Mc - OCJ

(If applicable) Official Position of Defendant: District Attorney's officer

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: 236 Main Street Pauyhiceepsie NY 12601

Name of Defendant: (Lea White)

(If applicable) Official Position of Defendant: Rurs housing at Mental Hygier

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: 230 North rd Pauyhiceepsie NY 12601

Name of Defendant: Joan Beach, officer raiver)

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in _____ Individual and/or _____ Official Capacity

Address of Defendant: 50 Market Street Pauyhiceepsie NY 12601

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A.  Have you begun any other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✓  No ____

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1.  Name(s) of the parties to this other lawsuit:

Plaintiff(s): Alfonzo D Herris

Defendant(s): MHA - Mertal Health America, william grady,

2.  Court (if federal court, name the district; if state court, name the county): Havent been assigned (Habeas corpus)

3.  Docket or Index Number: Don't have on yet Dock 12-60969/or etginal cas

4.  Name of Judge to whom case was assigned: havent been assigned

5. The approximate date the action was filed: _I mailed it out 3 months ago_

6. What was the disposition of the case? _Don't have it yet believe Judge Greiner is holder._

Is it still pending? Yes _✓_ No____

If not, give the approximate date it was resolved. _NO_

Disposition (check the statements which apply):

____ Dismissed (check the box which indicates why it was dismissed):

____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

____ By court for failure to exhaust administrative remedies;

____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

____ By court due to your voluntary withdrawal of claim;

____ Judgment upon motion or after trial entered for

_✓_ plaintiff

____ defendant.

B. Have you begun any other lawsuits in federal court which relate to your imprisonment?

Yes _✓_ No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): _Alfonzo D Harris_

Defendant(s): _M H A, District Attorney_

2. District Court: _Western district_

3. Docket Number: _# Doc # 12-60969_

4. Name of District or Magistrate Judge to whom case was assigned: _Don't have one yet but I now 1983 only court to do a reversal_

5. The approximate date the action was filed: _May 5th 2015_

6. What was the disposition of the case?

Is it still pending? Yes _✓_ No____

If not, give the approximate date it was resolved. _Not Yet rather this one_

3

A. **FIRST CLAIM:** On (date of the incident) ~~August 5th~~ August 5th still going on
defendant (give the **name and position held** of each defendant involved in this incident) Judge greller
~~Jail~~ May 3rd 2012 Jour Beach - Probation, Lea white
Mental Hygiar for Housing

did the following to me (briefly state what each defendant named above did): (Judge greller recently)
my Lawyer has brought back up old evidence that was proved
a lie in Court on minutes. This is because Judge greller didnt
have a reason to keep me in Jail from January to now. I have
been kicked out of drug court since August 5th 2014. In december
greller said in the begging of court, (Your in drug court) before starting
is speech. That way the contract say they can keep me in Jail. One of the
articles on the contract say they can throw away evidence, and Sabotage my life (but that prove I
Inocent) The constitutional basis for this claim under 42 U.S.C. § 1983 is: Bill of rights - 9d USC
negient to prevent / Substantive, and procedural due process

The relief I am seeking for this claim is (briefly state the relief sought): See other document.

----

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes _____ No   If yes, what was the result? NONE

Did you appeal that decision? _____ Yes ✓ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

----

A. **SECOND CLAIM:** On (date of the incident) ~~August 5th~~ August 5th now
Jour Beach - probation officer Raiven
defendant (give the **name and position held** of each defendant involved in this incident) Probation officer
Jour Beach - officer Raiven of Probation Supervisor

did the following to me (briefly state what each defendant named above did): Knowingly giving false evidence, drugs that never existed, Setting my family and me up to get murdered from information that I told her, written false charges or statements so I have no proper representation, taken my housing program away from me with false charges you can see on separate documents that say RSS or it is packet. One of the article that say you can basically Sabatoge my life also Just as Judge greller Proves their guilt and my Innocence

The constitutional basis for this claim under 42 U.S.C. § 1983 is: bill of rights, 9th amendment, The 13th amendment 6th amendment

The relief I am seeking for this claim is (briefly state the relief sought): See on Page that say Relief

## Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? ✓ Yes _____ No   If yes, what was the result? No response, but have reciept after mail and descusion with officer reiver

Did you appeal that decision? _____ Yes ✓ No   If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

If you have additional claims, use the above format and set them out on additional sheets of paper.

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

Do you want a jury trial? Yes ✓ No _____

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

                    (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

Signature(s) of Plaintiff(s)

# Caption of Action 1

A) Alfonzo D Harris    2014-0000 1851    SCI# 160/2013
                                         Doc# 12-60969

Started May 3rd 2012 till now continuence

-VS-

William grady                    Joan Beach, officer raiven

Lea White                        Judge greller

CMC-Dutchess County

Jail

## 3. Parties To this Action

PLAinTiff's Information

Name and Prisoner Number of Plaintiff  Alfonzo D Harris

2014-0000 1851

Present Place of Confinement, and Address- Dutchess county

Jail - 150 North Hamilton Ave Poughkeepsie New York 12601

Defendant's imformation

William Grady - Head of district Attorney's office

236 Main Street Poughkeepsie Ny 12601

Judge greller - County Court Judge

10 Market Street Poughkeepsie Ny 12601

LeA White - Head of Housing company for Mental-Hygien

230 North Road Poughkeepsie Ny 12601

Joan Beach, officer raiven - Supervisors of Drug court

So Market Street Poughkeepsie Ny 12601

7. Previous Lawsuits in State Federal Cou

Have you begun any other lawsuits in state or federal court

Yes ___✓___          NO _____

Name(s) of the parties to this other lawsuit:

Plaintiff: Alfonzo O Harris

Defendants: William Grady of District Attorneys office, RSS - Rehabilitation Support Services, Inc — Housing company, Dutchess County ~~_____~~, MHA. Mental Health America Dutchess County. Western District. Docket Number 2014-00001851. No Judge was assigned, Just mailed out, but Court of Claims have no Jurisdiction over State, only Federal can redue harm done. I also filled out A habeas Corpus 3 months ago gotton No respon To Answer if it is still pending I don't know I havent gotton No word back ~~of~~ on habeas corpus I don't know If County court Judge greller told the clerk to hold off on filling it. They have forgde dockuments already, and everythi Else that's illegual. This has not been resolved that's why I have come to this action.

SCI# 160/2012

Original Case Doc # 12-60969

First Claim: (Alfonzo D Harris was Arrest on May 3rd Judge Greller - At 10 Market Street Poughkeepsie Ny 12601 was a continuee from Judge Formen to Now. Invelved in this Case is William Grady District Attorney, Judge greller Jaun Beach from Probation office, Lea white from Mental Hygiend, This Situation has not been Resolved.

Jaun Beach Pobation officer:

1) I told my Jaun beach about the Murder of my x-girlfriend and how I over herd the people Planning it, and She told People on the Street, and Put me and my family live's in danger as Well as my daughters life.

2) Jaun Beach Supervisor had to investigar The incoden after I Reported it, but i told him not to that it would make it worse. he did ask certain people so they definity think I am a tellen in my community.

3) Jaun Beach Would Send a Message threw other in mates to intimidate me while I was incarcerate Such as telling a inmate that She interviewed that he Was a bad Person for her program ask Alfonzo Harri he's a failure.

4) I was in a housing Program threw Mental Hygien calle Spance for people With Mental dissabilities, Jaun told my housi Worker of my Rap Sheet to Make her not want me in her housing Program.

5) Jaun Beach and my housing Worker Put together a docume Stating that I was arrested for false Charges to get me Kicked out the program Witch it did.

6) Jaun Beach and my housing Work Tammy Brernor from RSS gave these documents to all my resources So I couldn't get proper reprazentation for what was planned for this Situation I'm in Now.

7) Jaun Beach While I was in Jail did unreasonable Search and procedure while I was in Jail on my Apartment going Threw my apartment Cause they had to find a reason to keep me in Jail.

8) Jaun Beach Wrote up a Statement to the Courts and my Old lawyer Saying that they found to lines of Cocain and a bag Containing Coke in it at my apartment Witch later during Court was turned out a lie and wasn't true During Court in November on Recorde.

9) Jaun Beach and tammy Brenner Wrote up a Statement Saying I got kicked out of a apartment complex for Saleing drug, witch turned out not true and had to rewri the Statement.

10) Jaun Beach Yuelled out in open Court before I entered th room I don't get a Seconde Chance cause I was a dope Dealer, I have Never been arrested for Selling drugs.

11) Jaun Beach has told the Court two people Saw me Selling drugs on main and market after evidence went sourch to keep me in Jail off of hearsay and their contract say they Can only keep you in Jail off of hearsay if they give you a hearing.

12) Jaun Beach had maintence man at my housing Contract me and my Company, having me followed threw town.

13) Jaun Beach came into my apartment letting my compan know that I take Medication, also notifyen my girlfriend that I Just broke with a girl and she saw me at the gas station with Some one else

14) False positive at probation, because I didn't Pee in the Cup, cause they had to throw away a drug test because out dated drug test, and they cant produce a lab report if I was dirty they would have gave me another program, they let all the other kidres get to 10 chance but ain't m

5a) Jaw Beach Constantly made fur of my mental history always said I was taking, and saying in public did you take your medicatio. and I have been diagnost for over twenty years

6) Jaun Beach before getting arrested for supposedly dirty urine told me I never wanted you in my program in the begining of my program because I don't think you was a good candidate an No. That you are about to complete I still don't think you are a good, Candidite. I was in Jail three dayzes after that conversation.

Ive done two years in drug court rehab, halfway house, a. Three quarter house with No problems.

William Grady district Attorney's office:
1) I have notifyed the district Attorney in open court what documents that were fals. that Say I was guilty, but they pay me No mind

DA:
2) They have kept me in Jail Knowing that evidence shows th
I was innocent

3) They offered me a deal Knowing that the drugs that
Probation had given them was false without a lab report
did exzist                                        evidence

4) The district Attorney also allowed me to stay incarserate, Knowing the statements was false, cause they changed their statements.

5) The district attorney allowed my case into fellony court for a B Fellony where I had a A. misdemeor of 0.02 grams of heroin.

6) The district attorney lied in open court that they
Cocain lab report.

7) The district attorney allowed evidence that I was from inequal search and Procedu
in open court that I was from inequal search and Procedu

8) allowing me to stay in Jail for Non Jailed
Such as they don't like me the way I think I think
they don't like me

9) District Attorney for allowing me to do 41 months
when I just had a ticket.

10) Not being fair other Caucasions Males and Females
five to six charges and I couldn't get a Secorde. Stereotype
Me saying I was a drug dealer.

11) District Attorney Allowing to be arrested and held for
None Sailable excuse. Cover up on their mistake

- Judge greller: Say you sign over your rights is not true alot
of People went to prizon thinking they did. Coersion
1) Saying that they had cocain on paper, when they didn't,
- Proven in open court on recorde.

2) Then tryed to Cover it up in open court to stop me from so
~~teller~~ talken to much on recorde.

3) Saying a statement written by housing the was proven to
be a lie, and constantly Joked about in open court.

4) Greller was present when treatment team was said about
the Cokey, So it was planned out before they started court, fac

5) Throwing away my evidence to prove my evidence, exculp'tory
that proves my irroncerce.

6) District Attorney, the clerks, and my old lawyer should keep
- Records of my exscorpatories.

7) Judge greller giving me a lawyer that Never came
to see me, was always unprepared, Allways working on
a murder case, I told micheal Cohr of ulster county
~~845~~ (845) 486-2299 that he had to report this case to
Someone, he said no I'm Just a public defender, and
that he wasn't going to Cross certain lines. They set
You up and got rid of You said by lawyer micheal Cohr
Jen Brown 40 garden street Poughkeepsie NY said that ill...

like the way I thank is why greller and the treatment
team didn't no longer in their program.

8) Judge greller - keeping me incarserated knowing evidence
was false, breach of contract, Changin the minutes
On Clerks documents adding words from what I gave to the
Court of my habeas corpus, writting all my Issues.

9) After throwing away my evidence I told micheal cohn my
Lawyer to ask greller for my exsculpatories, greller said it
didn't exzist.

Lea White Department of Mental Hygien:
1) I wrote to Lea White about these false statements
Writter from my Probation officer and Tummy brenner the
was given to my Resources, all she did was told them to
Waight three months before kicking me out of my apartmen

2) Lea White did not protect me as a client with Mental
dissabilites for help or See if I was ok, and did I
Committe a Crime. Probation officer said with tammy brenner
that I was arrested for criminal Control Substance in the
3rd, when it was for dirty Urine.

3) for Not helping me after I told her what was
happening to me, Also no doing anything about the they
Illegual Search and procedure, or notiking my mother after
I wrote her and gave power of Attorney.

The constitutional basis for this
Claim under 42 U.S.C § 1983 is:
1) Life Lyberty - Bill of Rights - and Pursut of happin
1) Violation of Substantive, and Procedual Due Process
Violation of Federal Law. A Buse of process, Deprivation of
Rights. any citizen of the united states or other person within
the Jurisdiction therof the deprivation of any Rights, privileges,
or immurities secure by the constitution and laws shall be hild liable

Doc # 12-60869                                    Alfonzo D Harri

SCI No          Damages Due to False
160 /2012         Incarseration
                Medical Neglect

Due to false incarserion I have delt with alot of Health Issues that wasn't address or Ignored do to neglect

1) May 3th 2012 I was incarserated to december 12th I was realeased into rehab, before that I had made many complaints stating Shortness of breaths, urination after drinking very Small amounts of water, I Continued over and over telling the Nursing staff something was wrong with me, They alwayres Just sent me back to the unit saying their was nothing wrong with me. I had got discharge from the rehab right away benedictive hospital in Ulster county, because my blood sugar was seven hundred and fifty (750) and was told that I was in very bad condition cause I couldnt walk up a flight of stairs with getting exausted, by doctor at benedictive hospital if I was in Jail for another week I would have gone into a Coma and died. Any diabetic issues not answered causes body damages later on in life I rraperable harm.

2) While in custody between August 5th 2014 to December 30th 2014 I was sexually harassed by the gay nurse that work for (CMC) Nurse at Dutchess county Jail, I went to diabetic check undressing in front of the nurse, and he said thanks for the presentation it was most helpful, and when I was leaving I said thank you, and he responded suductibly "No thank you", so herd it, if was reported, Surgents wrote him up, but he had to touch me for two months for diabetic check till he resigned.

3) On certain dayzes at Dutchess county Jail we get cold ceria For breakfast, and I often complaint that I would be shaking by twelve oclock before lunch, So I told them I'm would be taken to much The night before of insulin, so I would have to reclive that one day a week, So to be spitful they shiped me out to albury so I get cold cerial for break fust every day.

4) While at albury they raised my dose of insuline, I told them I wasnt going to take it, so thy locked me up on the ledical unit till I took it, Then once I started taken it they raised it agin. When I returned to Jail Dr Corey said I was getting intirely to Much insuline cause I was dropping to low.

5) I came back from Albury for court at seven thirty in the Morning for (311) and I told the co's that I wanted to see the Nurse for insulin Cause I was shaking and not feeling good and I was about to pass out. I sat down at nurse from 7:30 am to 12 oclock with med blood sugar 260, and they said they couldn't give me meds till he got back, I asked yo upstairs to laydown I took my meds at 10'c

6) On May 16th 2015 The nurse gave me seven pills of the wrong Medication I ask IS this is what I suppose to take? she said yeah "it's your name on it, I said it don't look like it, I took it and went back to bed. When I awoke I was kirda dizzy, "but ok" I sat Lips was num, very dizzy, and my ears was ringing, and out of breath, when I went down to nurse I asked how meds I take-? the said two pills. I told the nurse he said you look fine, went back to the unit, and felt worse told the coand went back to nurses station They took my blood presure and said I was ok go back to the unit. He didn't let me go to hospital or check my blood, but I was sick for the rest of the day.

The Relief I am Seeking for this Claim is:

1) I lost two Apartments
2) All my belongings in both
3) Living room furniture
4) Kitchen set and kitchen Products
5) video tapes over 200, CD that was collected from when they first came out, music and moves.
6) Two video cameras
7) all my recording studio's stuff
8) Bedroom Set's
9) housing company due to false Statements
10) medical assistance lost Due to false statements
11) my Life and my families life, My baby Mom's in her family is threatened to do to probation malice, and hate.
12) mental health consumith
13) My diabieates while incarserated
14) Sexual abuse from gay Nurse in jail DCJ (Cofession)
15) Almost die in juils custody december 2012 after It was Iguored After I Told them something was wronge.
16) Irreparable harm to Life
17) Lost of Job
18) Lost of medical Attention to my back Job injurie
19) reputation
20) Sitting in jail for 42 months
21) breaun of contract Signed by Jaw beach court and the District Attorney's office
22) Child Support Issues cause lost of Job
23) great opportunities my Job was about to give
24) Slip and fall Noted in albany county Jail, more injures to my back Cant sit up longer then twenty min
25) Family Moved away and left me all aleave.
26) Issue dealling with my Vehicle.
27) animal
28) Presinicial Propergander
29) Imbarrasement due to Illegual Search and Procedure dealling my medical Problem I have been dealling with.

Exhaustion of Your administrative
Remedies for this Claim:

Did you grieve or appeal this Claim?
Yes ☒   No ☐

Never got a decision yet But was told I'm getting 12 Years
Because I was cought with 0.02 grams of heroin, and I
already done 41 months between Jail and Drug court

Do You Want a Jury trial ☒   ☐ No

I decliare under peralty of purjury that the foregoing
is true correct executed on

Noted! Each plaintiff must sign this complaint
and must also sign all subsequent papers filed with
the Court

Alfonzo Harris
Signature(s) of Plaintiff(s)

State of New York

County of Dutchess

Subscibed to and sworn before me this 19th Day of May 2015,

By ALFONZO HARRIS

NOTARY PUBLIC

CRAIG M. BELLANCA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01BE6307812
QUALIFIED IN ULSTER COUNTY
MY COMMISSION EXPIRES JUL 14, 2018

Signature
Alfonzo D Vie

Probation

USPS MAIL

SENDER
■ Co
   Iter
■ Pri
   so
■ Att
   or

7014 0510 0000 3314 8292

COMPLETE THIS SECTION ON DELIVERY

Kim Jones
☐ Agent
☐ Addressee
(Printed Name)

C. Date of Delivery

KimFerese

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Officer Wai Riven
Dutchess county Probation on
5 U Market St.
Pough N Y 12601

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   2628 ATEE 0000 0555 HEOL

PS Form 3811, July 2013          Domestic Return Receipt

Notice letter the Supervisor of
Probation aware he came to visit me
and he did his research, cause I told my
Counseler at the time Linda 3rd floor of
family Partnership buildin, turning Point
Out Patient, I told her that I was Nervous
at the time for my life my daughter's life because
I told my probation officer about my ex girlfriend
getten murdered and I overherd the people
bad, but the people that did it is dangerous and possibir
Planning it and she told people to make me look
want to kill me.

Ex Zaustion of remadie

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

Dutchess County Clerks off.
Dutchess County builten
6 Market St.
Pough. NY 12601

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                     4-13

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery
4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number          7014 0510 0000 3312 9222
   (Transfer from service label)

PS Form 3811, July 2013          Domestic Return Receipt

Habeas Corpus

**SENDER: COMPLETE THIS SECTION**

■ Complete Items 1, 2, and 3. Also complete
   Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

   Supreme Clerks Office
   62 Civic Center Plaza
   Pough. NY. 12601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☒ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Gill                          4 10 15

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number          7014 0510 0000 3312 9239
   (Transfer from service label)

PS Form 3811, July 2013        Domestic Return Receipt

---

Habeas Corpus

I sent them to city court clerks
office, and County clerks office Just
in a Case wher the Judge gotit if her threw
it out, city will send it to where it need to
go Cause & Judge grether has thrown away all
my other evidence. exzaustion of remidy

Doc# 12-60969

Sci #160/2012

Lea White :

Alfonzo D Harris

150 North hamilton

Paughkeepsie ny 12601

Writter May 18th 2015

Hello mrs white this is alfonzo D Harris's and I am a inmate at Dutchess County Jail. I'm writing to make sure you are aware of all the following things that agencies has done that's under you, witch you Should already know cause I wrote you nine months uger. RSS has kicked me out of Spower program and has writter things that didn't happen and giver these statement with probation's help in Forgery in the third have been fighting my case, by myself without proper representation of any of mental health or any of the 1983 federal civil court, to take some the Issues at hard to leave county court, to go to Federal court to go to trial with a Jury, cause of the help of your colleges from rss and Jawn Beach from Probation, I was in drug court and I was suppose to only be locked up for thirty days and brought to your colleges broken alot of laws witch will be your attertion in a different manor. Thank you for you help and cowaperation sorry for the bad penmanship and bad spelling

Sincerly Yours

Alfonzo D. L___

gave to mrs Lea White on may 16th at 1'ock in dutchess county Jail in the (3 H ) room. She refused to sign it. I have already wrote to her about this issue 10 months ago, and she ignored the issue with not giving no help I have more documents that proves RSS illegual search, and Unreasonable search and procedure. Social worker of Durchess County Jail was also in the Nurses Station when this happered.

If you get in Contact with mrs white Or by Letter or computer and she say no she don't fund or that she supervise these organzatio I have documentation that say she do. RSS mailed it two me 10 months ago my original contract for housing. She has told me she doesn't care I told her what I have, but continues to Lie



**RSS.**

**Rehabilitation Support Services, Inc.**



April 14, 2012

Alfonzo Harris
107 East Market Street, Apt. 7J
Hyde Park, NY 12538

Dear Mr. Harris,

D oc # 12-60°64
S CI No. 160/2012

Upon your admission to the RSS Shelter Plus Care Apartment Program on 01/21/14, you signed the Shelter Plus Care Program Contract Agreement, (see attached), where it states:

#7: In the event that the Client breaches this agreement because of the commission of illegal acts, assaultive conduct towards others, or conduct imminently dangerous to the health and safety of others, the SPC Program may terminate this agreement without notice to correct and without the 10 and 30 day periods referred to in paragraphs "5" and "6". In this event, the discharge shall become final upon notification of termination.

RSS was notified on August 11, 2014 that you were arrested for Criminal Possession of a Controlled Substance in the 3rd Degree and currently remain in custody at the Dutchess County Jail. Therefore, based on this information it is felt that you will benefit from a more supervised environment for support and further education on maintaining abstinence from the use of illegal substances, such as an inpatient rehab. This letter serves as notice that you are being discharged immediately from the Shelter Plus Care Apartment Program and have 30 days from receipt of this letter to contact us to pick up your personal belongings or they will be disposed of.

If you have any questions, please feel free to contact me at (845) 485-2117 ext. 214.

Sincerely,

Tammy Brennan
Program Coordinator

cc: Jerry Lesczynski, RSS Managing Director
    Gail Bauer, RSS Program Director
    Maureen Hernandes, D.C. Housing Coordinator
    Felicia Elton, Care Manager, MHA
    Joan Beach, D.C. Probation

*[Handwritten note:]* IF you look it say that They was notified the reason for Arrest, Only Juan Beach and I know her she don't know my back Ground, Their is NO other People

*[Handwritten note:]* (importantly) the other Document I just moved to you if it comes back I'm Re moved it Going with the program Rules



**RSS.**

**Rehabilitation Support Services, Inc.**

August 22, 2014

D O C # 12-60264
S C I No. 160/2012

Alfonzo Harris
107 East Market Street, Apt. 7J
Hyde Park, NY 12538

Dear Mr. Harris,

This letter is in response to your letter received regarding the reason why you are currently incarcerated. The information we received that you were incarcerated for Criminal Possession of a Controlled Substance in the 3rd Degree came directly from the Dutchess County Jail. After receiving your letter and speaking to the RSS Managing Director, it has been decided that at this time RSS will not proceed with your discharge until the court makes a decision. Please be advised that in the event that you remain incarcerated for more than the 90 day period you will then be discharged and will have to re-apply for housing through the Dutchess County SPOA system.

If you have any questions, please feel free to contact me at (845) 485-2117 ext. 214.

Sincerely,

Tammy Brennan
Program Coordinator

cc: Jerry Lesczynski, MCCDC/RSS Managing Director
    Gail Bauer, RSS Program Director
    Maureen Hernandes, DC Housing Coordinator
    Felicia Elton, MHA
    Joan Beach, DC Probation

*As you could see here after I brought to their Attention I deen to her to find out any other reason don't Say I told you.*

*Now look up top She said She was Notified by Dutchess county Jail. I asked Jail what the reaso Why I'm in Jail? The computer Say Violation of Probation, and DCJ Doesn't let anybody know That you are in Jail So She lied in this documen Then tried to cover it up. And this Person is their Witness that's going to testify out court!*

August 5th 2014
august 9th 2014
September 9th 2014
October 28th 2014
November 12th 2014

December 2and 2014
December 18th cancelled
December 22and 2014

January 15th 2015
morning and afternoon

January 29th 2015

February 24th 2015

March 3rd 2015
April 7th 2015
April 24th 2015
may 5th 2015

May 11th 2015

mign be getting
Sentences on May 28th
Need Minutes, all dayes
Of court

The Story from begining                    Alfonzo D Harris
May third 3rd 2012                         150 North Hamilton
                                           Poughkeepsie NY 12601
Doc# 12-60969   SCI No 160/2012   May 18th 2015

To who it may concern :
          I was arrested for Posetion with the
intent to Sell I had 42 bags of heroin witch had
Nothing in them thay was empty. When I was arraived
the public defender/ D Jen Brown to me to wave my
palimony to get bail in county. I did't know anything
about law at this time, but it was my lawyer, so I
thought that she was looking in my best intrest.

          ONCE I was in county court in fronte of Judy
Formex. The da and Jen told me alonge with formix
told me if I say I was a dope dealer I coud get
at six/five. I had told Jen Brown that I had a
Job at the time, and I wees a attic, but they wees
Stuck on me takes the six five. I told formex That
I was guilty for being a drug dealer ther he
told me to sign a couple of papers, Then the da said I
Couldn't have the six five any more, and my lawyer did
Nothing about it. When she came to the Jail She said
She was going to try to get me in the Drug
Diversion program. When Jaun Beach came to interview
me for the program they look at me then got up saying
We don't want you in our program your not
a good candidit. I called Jaun on the Phone and
asked her why didnt she want me in the program
She said I'm a drug deqler and she doesn't think

I woos a good Candidate, If I wanted the Program, That I'm going to sit in Jail till she feels like putting me in the program. I Sat in Jail for nine months, and then my lawyer said I got you in the program I said I Just want to do my time, She Said I got you in it already, if I refuse The Judge was going to think that i just wanted to go to prizon to do drugs. She Sat with me and told me the contract in two minutes, but the contract has a Number of articles it take at least a hour to read or look up all the articles, maybe a half hour to explai it. The packet that they give you while your in Jail and it has nothing to do with the contract Packet they glve you to ready in Jail. They Say You sign over your rights witch it doesn't it say you are signin the Contract so certain information is unprotected, witch is mostly medical, mental hygien, and hostitals. Alot of People went to Jail for alot of years based on this Protection. I was in the holding cell and their was another guy who said he had fifty bags and drug Sales and Jaun beach went and got him and put him in the Program, I did the hole programs with no problems and That Same person that Jaw went and got he came in the program a month after me and relapsed got a completion before me. Jaun was about to arreste me or here say, my x-girlfriend told her that I went to her Job destroyed the place then got removed off the property by Police Contact. I told her I didnt do it call the police ask go on the Salvation army's video footage and check. She Said I'm Just going to have you both come in and If you are lied then I'm going to Jail. The dey of us

meeting, I went to probation and Jaun came out
and said you can go home she said she made it all up.
I was leaving probation one day and I saw the girl
I was going out with I went up to her and Jaun
said out loud don't mess with him he's a playa talk to
this guy he's quiet and single go get her number. Harr.
Get out what she said to me. I went to protect probation
before drug Court I couldn't go to the bathroom I squeezed
a couple drops in the cup about 3% and you have to fill
the cup up fourty percent of the way, I told I would
come back after court he said no this is enough. I said
their no urine in the cup, he said your dirty Not to
mention that for a whole year it was the same person
who drug test me then all of a sudden this one day
I came up dirty and they didn't send the 3% of
urine to the lab. The housing unit RSS had a prior
relationship with Jaun beach cause a of another person
in drug Court that odeed. A five year relationship with
Tammy breaнer. I had a meetting with tammy breнer
and texas over lenice over a situation with the illegualy
going into my apartment. When I was talking to lenice she
told me that they was comming after me, I asked who
she said she couldn't tell me who just they was comming
after me. For some to say that means it was planned
before I got this imformation. Tell's me someone
is after me got a Verdetta for me, want me out
the way. Denise also had that written on a
statement that my old lawyer presented to me.
So when I got arrested for dirty urine all of a
Sudden all these statements started comming out of
nowhere. The first one was that I got kicked oa

of my housing complex for selling drugs. Now I left this complex because of the harasment to me and my company, and I had a meeting with three Counselers, witch one of them was denise, the Same one who said I got kicked out for selling drugs. I wrote lea white about this, and they rewrote their statements. Now the Janitor who was watcher and following me, said that I had alot of girls that look like prostitutes that be walken up and down main street, Their was: homocide out side my door all the time all day because a murder that happened to some one else that lived next door to me. Homocide said they did not see any hookers, and the Sheriff that Live at the entrance, Said he never seen any Illegual activity. The Video tape of the parking Lot had no footage had no video of these things. This is all evidence, such as exsculpatori all this is what Judge gretter threw out that proves my innocents. After the proceedings was brought back to Normal, I didnt have any reason to Jail, Then probatrion in my Apartment and when threw my Apartmert all me belongings. I was no longer her Client, I was kicked out of the program. She was trust passing. Then she said she found two lines of cocain and a bag of cocain in my apartment witch kept me in Suit for five months till it was talked about. My Lawyer came to me in the holder Safe in county Court tellen me that gretter Said he would give me two years with two hundred and twenty two days credit if I said i had Cocain in my house, I Said no I'm

Not going to say I was guilty for a crime
I didn't commit. I then told Jen brown, my old
Lawyer that I wanted to go upstairs to speak
to greller. When I got in fronte of greller, and
the treatment team and all the people in the audience
and all the people in the Jury box from probation
drug Court, and I asked and put on recorde, that
you want to give me this deal, but I didn't have
any drugs in my Apartment, So let me see a Lab report.
Some pictures, a police report that Say you found
drugs in my apartment. He said I don't think it
exzist, Then the da Said here it is, and greller
Said there it is, Then the district attorney past to
my Lawyer a document that Said heroin, and my
Lawyer Swatched it so fast Saying She got to make
Copies, and She would bring it to me in the Jail.
When She came three weeks Later, The document
was four Years old, my original case, So they
did that IN court to stop me from tulking on recorde
in fronte of everybody, but it also Show I only
had 0.02 grams of heroin. how can you got to
prizon for wax paper, because my lawyer wasn't working
to help me cause She didn't surpress any evidence I did
everything my own. I Fired Jen Brown, Then Mr
greller assigned micheal Cohen from ulster county.
So it toole two months to fax my exsculpatories
to greller, so greller gave my new Lawyer my
Evidence. When I Sat down with mr Cohen he Said
So dont like you So they Set you up and got
rid of you and you Cant do nothing about
if Cause I Signed a Contract and because

It was greller, and he's known for sending Innocent people to Jail, I told him let me see the folder so I can prove I'm my Inocenec. I loo in my folder. It was only two papers I said to him Were are the rest of my exsculpatories? he said that's what greller gave him. I told him to ask greller for my evidence, he said greller said it doin't exsist. Jer Brown told him she gave to greller, and she faxed it to him, and now she doesn't have them. My lawyer to me to do a heabeas corpus becouse he couldn't cross certain lines ceuse he was a public defender. I did one three months ago. I havent got a responce yet.

Sincerly yours
alfonzo lac

Compliant and accountability          May 25th 2015
I will be getting Sentenced on May 28th
This is Just New Situation that's getting closer to sentence.
Just doing what was told me in the instructions.
My lawyer told me he cant represent me to the fullest
of his capabilities. I asked him to report prosecution
misconduct, obstruction of Justice goverment corruption,
he informed me that he is a public defender and he was
Not going up against Judge grether. ...

District attorney:
On May 28th I will ask for a reversal under 1983.
Stastarative, and procedural due process violation and to
have this Situation readdressed in city court because I had
five dollars worth of heroin and this Situation should not
have been in county Court, and under Neglect to prevent
they as in the District Attorney's office Should have
Sent this Situation back to City Court and I had
a A Misdomeror, and should have gotton a Ticket, but
grether and the da is tryer to give me 12 years. And
the fact that in the contract that had me sign basically
is Coersion, Cause they the Situation was false or
Continued on.

## THE LAW OFFICE OF D. JEN BROWN, PLLC

40 GARDEN STREET, SUITE 202
POUGHKEEPSIE, NEW YORK 12601

Phone (845) 454-0835
Fax    (845) 454-0836

www.DJenBrownEsq.com
JenBrown@DJenBrownEsq.com

December 3, 2014

Avive Segal, Esq.
236 Main Street
Poughkeepsie, NY 12601

Ms. Joan Beach
Dutchess County Probation
50 Market Street
Poughkeepsie, New York 12601

        Re:    People v. Harris
                Docket no. 12-60969

Dear Mr. Segal and Ms. Beach:

A hearing to determine whether Mr. Harris has violated any of the terms of his judicial diversion contract is scheduled to take place Thursday, December 18, 2014. In the interest of fairness to Mr. Harris and so that the upcoming summary proceedings may be consistent with due process, would you kindly disclose any probation summaries, witness interviews, photographs of physical evidence or lab reports, and any evidence that would otherwise be subject to disclosure under CPL §240, that form the basis of probation's claim that Mr. Harris has violated the terms of his diversion contract.

Thank you both for your kind, urgent attention to this request.

Sincerely,

D. Jen Brown, Esq.

cc:   Mr. Alfonso Harris ✓

This Proves after that we found the lieing during Court about cocain November 12th then my lawyer mailed this out. Now their say the coke situation they are just asking so they will have had a reason for keeping me in jail to this date Illegal search and procedure when they start Start speaking Providing evidence exist



Alfonzo D Harris
150 north hamilton
Poacey hkeepste ny 12601 -
Dutchess County. Sas)

United States District
Court Clerk 2120 U.S.
Courthouse 100 State
Street Rochester, new york
19614- 1387